UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

LOVEY LOVE, )
)
)
**Plaintiff,** )
)
VS. ) Case No:
)
ALLSTATE INSURANCE COMPANY )
)
)
**Defendants.** )

## COMPLAINT

Comes now Plaintiff, Lovey Love, and for her Complaint for Damages and Jury Demand Defendant, Allstate Insurance Company allege and state as follows:

## PARTIES

**1.**

Plaintiff for all times mentioned herein was and is a resident of St. Lucie County, State of Florida. This court has subject matter jurisdiction over claims presented in this complaint under U.S.C.§1332 because Plaintiff is a resident of Florida.

**2.**

Defendant, Allstate Insurance Company, is a corporation with its principal office located at 2775 Sanders Roadin Northbrook, Illinois 60062, and at all material times was authorized to do business in the State of Florida.

**3.**

Venue is proper in that the cause of action arose in the Southern District of Florida pursuant to 28 U.S.C. § 1391. Jurisdiction of this action is conferred upon this court as there exists complete diversity of citizenship and in the matter of controversy exceeds the sum of $75,000.

1

## **STATEMENT OF JURISDICTION AND VENUE**

**4.**

The Plaintiff is a citizen of Florida. Defendant Allstate Insurance Company, at all material times to this action place of business is in Florida.

The amount in controversy, without interests and costs, exceeds the sum or value specified in 28 U.S.C. § 1332.

This incident occurred in Port Saint Lucie Florida. Accordingly, jurisdiction and venue is proper before this Court under 28 USC 1391(a) (2).

## **FACTUAL ALLEGATIONS**

**5.**

On December 24, 2020, Plaintiff was safely and lawfully operating a 2011 Mercedes Benz (VIN #WDDGF5EB6BR137517) in the left lane of Becker Road traveling West bound in Port Saint Lucie County, Florida

**6.**

On said date and location, Defendant Allstate Insurance Company's Tortfeasor Dawn K Stellato, under contract was operating a 2016 Kia (VIN# KNAGT4L36G51166946) which was originally travelling south bound in the right turn lane of SW Darwin Boulevard and without warning, made a right turn into Plaintiff's lane.

**7.**

Tortfeasor Dawn K Stellato decided to make a right turn at a red light located at the intersection of Darwin Boulevard and Becker Road. Tortfeasor Dawn K Stellatto failed to yield to oncoming traffic.

**8.**

Tortfeasor Dawn K Stellato pulled onto Becker Road Southbound, into the path of Plaintiff and crossed over the right lane, entered into the left lane and hit the right side of Plaintiff vehicle.

**9.**

Tortfeasor Dawn K Stellatto was cited for Careless Driving in violation of Fla. Stat. § 316.1925.

**10.**

At all times material herein, Defendant Allstate Insurance Company was the insurer of Tortfeasor Dawn K Stellato and Allstate Insurance Company was responsible to the contract of it's insurer.

## LEGAL CLAIMS
### Count I – Negligence and Recklessness

**11.**

Allstate Insurance Company's Tortfeasor Dawn K Stellato operated her vehicle in a neglient and careless manner, including but not limited to:

Tortfeasor Dawn K Stellato operated her vehicle in a negligent and careless fashion, including but not limited to the following:

(a) Driving unlawfully on a divided highway in violation of Fla. Stat. § 316.090

(b) Failing to maintain her lane in violation of Fla. Stat. § 316.085

(c) Driving in a careless disregard for the safety of others in violation of Fla. Stat. § 316.1925

(d) Failing to exercise ordinary diligence in violation of Fla. Stat. § 316.089

(e) Failure to maintain reasonable control of vehicle Fla. Stat. 316.089 (1)

(f) Failure to operate vehicle in a safe fashion under the circumstances then existing;

(f) Failure to take evasive or other reasonable action in order to control vehicle and maintain lane;

(g) Failure to exercise ordinary care;

(h) Failure to keep a proper lookout; and

(i) Committing other reckless and negligent acts and omissions, as shall be shown by the evidence and proven at trial.

### 12.

Tortfeasor Dawn K Stellato's negligence was a direct and proximate cause of injuries sustained by Plaintiff including, but not limited to, injury to RT Tibia Contusion, RT Hip injury, aggrevation of preexisting injuries, resulting in damages to Plaintiff as further described below.

### Count II – Special and General Damages

### 13.

Plaintiff repeats and re-alleges, as though fully set forth herein, all allegations and matters contained in paragraphs 1 through 13 above and make them the same as to all allegations contained within Count II.

### 14.

As a direct, sole, and proximate result of the aforementioned negligence and wrongful conduct of Tortfeasor Defendant Dawn K Stellato, Plaintiff is entitled to recover any and all damages resulting from her injuries, as permitted by this court.

4

**15.**

Said damages include economic damages and non-economic damages, and loss of enjoyment of life.

**16.**

As a result of Allstate Insurance Company Torfeasor's negligent and reckless acts, Plaintiff suffered physical and mental pain and incurred medical expenses.

**17.**

Plaintiff also claims medical expenses, pain and suffering, loss of enjoyment of life and all other damages recoverable by this court.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff, Lovey Love by Pro Se respectfully requests that she be granted the following relief:

(a) That a copy of the Summons and Complaint be served upon Defendant Allstate Insurance

(b) That Plaintif have a trial by jury as to each and every appropriate issue;

(c) A judgment against Defendant as the court deems just;

(d) The recovery of out-of-pocket expenses in an amount to be set forth more specifically by way of amendment and/or at trial;

(e) The recovery of quality of life to be set forth more specifically by way of amendment and/or at trial;

(f) The recovery of compensatory damages for her physical pain, mental anguish and emotional distress;

(g) The recovery of compensatory damages for her conscious pain and suffering;

(h) The recovery of reasonable attorney's fees and expenses of litigation;

(i) That all costs of this action be cast against the Defendant Allstate Insurance Company

(j) Enter a judgement against the above-named Defendant for compensatory damages in an amount exceeding $75,000, with fees and costs as the Court deems just.

**This** **August** **day of** 29th, **2022.**

Respectfully submitted,

*/s/ Lovey Love*

**Lovey Love**
Pro Se Plaintiff
4702 SW Paley Road
Port Saint Lucie FL 34953
Email: loveylovefl@gmail.com